IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WAYNE WALTER DAVISON,           :
                                :
    Petitioner.                 :
                                :
vs.                             :     CIVIL ACTION 12-0038-WS-M
                                :
WARDEN CYNTHIA WHITE,           :
                                :
    Respondent.                 :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED. It is further ORDERED that, should Petitioner file a certificate of appealability, it be denied as he is not entitled to appeal *in forma pauperis*.

DONE this 26th day of June, 2012.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE