```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

WAYNE WALTER DAVISON,            :
                                 :
     Petitioner.                 :
                                 :
vs.                              :      CIVIL ACTION 12-0038-WS-M
                                 :
WARDEN CYNTHIA WHITE,            :
                                 :
     Respondent.                 :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Warden Cynthia White and against Petitioner Wayne Walter Davison.

DONE this 26th day of June, 2012.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE